IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOGISTICS PLUS, INC., | ) | |
| Plaintiff | ) | C.A. No. 23-284 Erie |
| | ) | |
| v. | ) | District Judge Susan Paradise Baxter |
| | ) | Chief Magistrate Judge Richard Lanzillo |
| DMG CONSULTING & DEVELOPMENT, | ) ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This action was initiated by Plaintiff Logistics Plus, Inc. on October 6, 2023, by filing a complaint against Defendant DMG Consulting & Development d/b/a Gold Coast Logistics, alleging claims of breach of contract, unjust enrichment, and account stated. [ECF No. 2].

On or about November 29, 2023, Plaintiff filed a return of service verifying, *inter alia*, that the complaint and a summons were served on Defendant on November 22, 2023, and an answer to the complaint was due from Defendant on December 13, 2023 [ECF No. 10]. After Defendant failed to file a timely answer, Plaintiff filed a request for the entry of default on January 2, 2024 [ECF No. 11], and default was subsequently entered by the Clerk of Court against Defendant on January 4, 2024 [ECF No. 13].

On February 6, 2024, Plaintiff filed a motion for default judgment against Defendant, and requested a hearing on the motion [ECF No. 14]. A hearing on Plaintiff's motion was subsequently held before Chief Magistrate Judge Richard A. Lanzillo on February 12, 2024, at which Defendant did not appear and was not represented by legal counsel. At the conclusion of the hearing, Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Plaintiff be granted default judgment against Defendant in the amount of $ 435,020.00, plus

attorney's fees [ECF No. 20]. No timely objections to the R&R have been filed, and Defendant has not since responded in any way to Plaintiff's complaint or motion for default judgment, nor has any attorney entered an appearance on Defendant's behalf.

After *de novo* review of the complaint and documents in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 27th day of February, 2024;

IT IS HEREBY ORDERED that Plaintiff's motion for default judgment [ECF No. 14] is GRANTED and default judgment is hereby entered against Defendant in the amount of $ 450,384.00. The report and recommendation of Chief Magistrate Judge Lanzillo, issued February 12, 2024 [ECF No. 20], is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
Chief U.S. Magistrate Judge

all parties of record